UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:00-cr-96-T-24MSS

WILLIE VINCENT HOPPS

_____/

**ORDER**

This cause comes before the Court on violation of supervised release. Defendant Hopps was sentenced on September 15, 2000, for the offense of conspiracy to distribute a controlled substance. He received a sentence of 92 months imprisonment in the Bureau of Prisons, followed by 48 months of supervised release with the following special conditions: the defendant shall not commit any crimes, federal, state or local, shall participate in drug treatment, and shall pay $100 special assessment. On June 12, 2001, the sentence was amended to 77 months imprisonment followed by 48 months supervised release. On June 28, 2004, the sentence was amended a second time to 63 months imprisonment followed by 48 months supervised release. On July 10, 2006, the probation officer filed a petition with the Court stating that Defendant Hopps had violated his supervised release by committing new crimes while on supervision; specifically, four counts of cruelty to animals and one count of owning equipment for animal fighting.

On July 31, 2006, the Court held a final revocation hearing. At the hearing, Defendant Hopps admitted to a violation of the condition of supervision by committing a misdemeanor - animal cruelty. Accordingly, the Court finds that Defendant Hopps violated his supervised release.

Having considered the violation, it is **ORDERED AND ADJUDGED** that Defendant Hopps shall be continued on supervised release with the original terms and conditions. In addition, Defendant Hopps may not own any animal of any type for the remainder of his supervised release and shall serve 50 hours of community service at an animal shelter in addition to the 50 hours of community service imposed pursuant to Defendant's state sentence. In imposing the sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines.

**DONE AND ORDERED** at Tampa, Florida this 31st day of July, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
James A. Muench, AUSA
Andrea Stubbs, Esq.
U.S. Marshals Service
U.S. Probation Office